**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　MICHAEL J PERRIN<br>　　KIMBERLY L PERRIN<br>　　　　Debtor(s) | Case No. 10-03071 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 01/27/2010.

　　2)　The plan was confirmed on 04/14/2010.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5)　The case was completed on 03/30/2015.

　　6)　Number of months from filing to last payment: 62.

　　7)　Number of months case was pending: 65.

　　8)　Total value of assets abandoned by court order: $0.00.

　　9)　Total value of assets exempted: $25,825.03.

　　10) Amount of unsecured claims discharged without payment: $105,986.02.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,800.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,800.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,475.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $850.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,325.79

Attorney fees paid and disclosed by debtor:     $1,025.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY SERVICE | Unsecured | 64.88 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 729.15 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 766.66 | NA | NA | 0.00 | 0.00 |
| AMM LTD | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,361.88 | 6,587.11 | 6,587.11 | 284.74 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 258.22 | 274.89 | 274.89 | 11.88 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 3,025.78 | 3,295.08 | 3,295.08 | 142.44 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 10.08 | NA | NA | 0.00 | 0.00 |
| CENTURY ENT | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS THERAPY SPECIALISTS | Unsecured | 124.73 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 363.49 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 601.70 | 566.13 | 566.13 | 0.00 | 0.00 |
| DR FRANK KIRK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 20.15 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE | Unsecured | 50,000.00 | 64,980.41 | 64,980.41 | 2,808.94 | 0.00 |
| ENCORE RECEIVABLE MGMT | Unsecured | 149.01 | NA | NA | 0.00 | 0.00 |
| FISCHER MANGOLD JOLIET | Unsecured | 213.21 | NA | NA | 0.00 | 0.00 |
| GLENWOOD MEDICAL IMAGING | Unsecured | 1,066.10 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 168.15 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 174.40 | NA | NA | 0.00 | 0.00 |
| GROVE DENTAL ASSOCIATES | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CE | Unsecured | 15.76 | NA | NA | 0.00 | 0.00 |
| HEDGES CLINIC | Unsecured | 41.60 | NA | NA | 0.00 | 0.00 |
| HEDGES CLINIC | Unsecured | 437.61 | 437.61 | 437.61 | 18.92 | 0.00 |
| HEDGES CLINIC | Unsecured | 198.75 | NA | NA | 0.00 | 0.00 |
| HEDGES CLINIC | Unsecured | 127.27 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 1,138.65 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 565.82 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 139,094.29 | 139,094.29 | 6,012.70 | 0.00 |
| LVNV FUNDING | Unsecured | 2,161.66 | 2,169.62 | 2,169.62 | 93.79 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 363.60 | 363.60 | 363.60 | 15.72 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,925.42 | 1,869.53 | 1,869.53 | 80.82 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,966.90 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 268.61 | 624.39 | 624.39 | 26.99 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 1,932.89 | 1,924.00 | 1,924.00 | 83.17 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | NA | 2,110.62 | 2,110.62 | 91.24 | 0.00 |
| NUWAY TINLEY PK DISPOSAL | Unsecured | 96.08 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 3,791.32 | 3,791.32 | 3,791.32 | 3,791.32 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PALOS ANESTHESIA ASSOCS | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 672.81 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 169.24 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LAB CONSULTANTS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| PATRICIA A WARD MS CCC SP LTD | Unsecured | 119.16 | NA | NA | 0.00 | 0.00 |
| PAUL NEWMAN LCSW | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC WELLNESS CENTER | Unsecured | 617.57 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 122.45 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 363.13 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 14.69 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONSUL | Unsecured | 7.59 | NA | NA | 0.00 | 0.00 |
| RH DONNELLEY | Unsecured | 2,689.19 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 19,794.62 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 197.04 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 816.93 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 528.15 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 491.34 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST NEUROLOGICAL CONS | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | 2,730.69 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Unsecured | NA | 11.09 | 11.09 | 0.48 | 0.00 |
| TD AUTO FINANCE LLC | Secured | 2,875.00 | 2,875.00 | 2,875.00 | 2,875.00 | 136.06 |
| US CELLULAR | Unsecured | 1,038.41 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 396.31 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 1,926.53 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,791.32 | $3,791.32 | $0.00 |
| Debt Secured by Vehicle | $2,875.00 | $2,875.00 | $136.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,666.32** | **$6,666.32** | **$136.06** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$224,308.37** | **$9,671.83** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,325.79 |
| Disbursements to Creditors | $16,474.21 |
| **TOTAL DISBURSEMENTS :** | **$19,800.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/22/2015           By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**